# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| FEDELENE SANON,<br><br>    Plaintiff,<br><br>v.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 3,<br><br>    Defendant. | Case No. 4:20-cv-02445-HSG<br><br>**ORDER AS MODIFIED GRANTING DEFENDANT'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(A)**<br><br>Judge:  Hon. Haywood S. Gilliam, Jr.<br><br>Crtrm.:  2, 4th Floor |

Before the Court is Defendant's Motion to Transfer Venue to the United States District Court for the Northern District of Georgia pursuant to 28 U.S.C. § 1404(a). (Doc. No. 18).  Plaintiff filed a statement of non-opposition to Defendant's Motion to Transfer Venue. (Doc. No. 20).

"For the convenience of parties and witnesses, a district court may transfer any civil action . . . to any district or division to which all parties have consented." 28 U.S.C. § 1404(a).  All parties consent to transfer this action and represent that the Northern District of Georgia will be more convenient because the parties, witnesses, and evidence are in the Northern District of Georgia.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Transfer Venue is **GRANTED**.  The Clerk is directed to transfer this action to the United States District Court for the Northern District of Georgia and close the case.

**IT IS SO ORDERED.**

Dated:  August 4, 2020

*Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

5253277.2
5034-3.5106

Case No. 4:20-cv-02445-HSG
ORDER AS MODIFIED GRANTING DEFENDANT'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(A)